# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JESUS SOSA, | CASE NO. 1:10-cv-1577-OWW-SKO |
| Plaintiff, | Related Case No.:<br>1:10-cv-01494 OWW SKO |
| v. | **ORDER REGARDING** |
| SUNNY I NISHIMOTO, et al., | **DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT** |
| Defendants. | (Docket No. 17) |

In light of the District Judge's order transferring this case and ordering that the pending motion to set aside the entry of default be VACATED and RESET set before United States Magistrate Judge Sheila K. Oberto, the Court will RESET Defendants' motion to March 16, 2011, at 9:30 a.m. Further, because this action has been related to *Jesus Sosa v. Bridge Store, Inc., et al.,* No. 10-cv-1494 OWW SKO, and because the two actions are in a similar procedural posture, the Court will adjust the briefing schedule with regard to Defendants' motion to set aside the entry of default.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' Motion to Set Aside Entry of Default is RESET to **March 16, 2011,** before Magistrate Judge Sheila K. Oberto in Courtroom 8 of the above entitled court;

///

2. Plaintiff shall file an opposition or statement of non-opposition on or before **February 23, 2011**; and

3. Defendants may file an optional reply brief on or before **March 2, 2011**.

IT IS SO ORDERED.

**Dated:   February 8, 2011**                              /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE