# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUNNY I. NISHIMOTO,<br>dba FASTWAY MARKET, et al.,<br><br>　　　　　Defendants.<br>_____/ | **CASE NO. 1:10-cv-01577-OWW-SKO**<br><br>**Related Case: 1:10-cv-01494-OWW-SKO**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT DEFENDANTS' MOTION TO SET ASIDE ENTRIES OF DEFAULT BE GRANTED**<br><br>**Docket Nos. 17, 27** |

　　　On April 6, 2011, the Magistrate Judge issued Findings and Recommendations that Defendants' motion to set aside their entries of default be GRANTED. These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fifteen (15) days after service of the order. No objections were filed.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued April 6, 2011, are ADOPTED IN FULL; and

2. Defendants are ordered to file an answer to Plaintiff's complaint within 10 days from the date of this order.

IT IS SO ORDERED.

**Dated:   April 22, 2011**                   /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE