1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Jesus Sosa
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 JESUS SOSA,                          ) No. 1:10-CV-01577-OWW-SKO
                                        )
12         Plaintiff,                   ) **STIPULATION FOR DISMISSAL OF**
                                        ) **ACTION; ORDER**
13     vs.                              )
                                        )
14 SUNNY I. NISHIMOTO, et al.,          )
                                        )
15         Defendants.                  )
                                        )
16                                      )
                                        )
17 _____)

18     IT IS HEREBY STIPULATED by and between Plaintiff Jesus Sosa and Defendants
19 Dorothy Nishimoto dba Fastway Market, and Nishimoto Company Inc., the parties to this
20 action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure
21 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

22 Date: May 20, 2011                    MOORE LAW FIRM, P.C.

23                                       /s/ Tanya E. Moore
24                                       Tanya E. Moore
                                         Attorney for Plaintiff Jesus Sosa
25

26 Date: May 20, 2011                    /s/ Steven A. Geringer
                                         Steven A. Geringer, Attorney for
27                                       Defendants Dorothy Nishimoto dba
                                         Fastway Market, and Nishimoto
28                                       Company, Inc.

*Sosa v. Nishimoto, et al.*
Stipulation for Dismissal; Order
                              Page 1

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **May 20, 2011**                              **/s/ Oliver W. Wanger**
                                                                            UNITED STATES DISTRICT JUDGE

*Sosa v. Nishimoto, et al.*
Stipulation for Dismissal; Order

Page 2